■ The People of the State of New York, Respondent, v Gabriel Shelton, Appellant. [62 NYS3d 808]—

Judgment, Supreme Court, New York County (Edward J. McLaughlin, J.), rendered June 3, 2014, convicting defendant, upon his plea of guilty, of conspiracy in the second degree and two counts of criminal possession of a weapon in the second degree, and sentencing him to a term of 6 to 18 years, concurrent with consecutive terms of 15 and 6 years, unanimously modified, as a matter of discretion in the interest of justice, to the extent of directing that all sentences be served concurrently, and otherwise affirmed.

We find the sentence excessive to the extent indicated. Concur—Tom, J.P., Renwick, Mazzarelli, Oing and Singh, JJ.